UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re:

YAW ADJEI ASANTE,

Debtor.
---------------------------------------------------------x

Chapter 13

Case No.  18-14191-CGM-13

# TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Krista M. Preuss, Trustee of the estate of the above-named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| YAW ADJEI ASANTE<br>1056 EAST 215TH STREET<br>1ST FLOOR<br>BRONX, NY 10469 | $13,232.93 |

Trustee check number 649924 has been issued to the Clerk of the Court in the sum of $13,232.93. This amount represents the total of the aforesaid unclaimed dividend.

Dated: May 17, 2021
White Plains, New York

Respectfully submitted,
*/s/ Krista M. Preuss*
KRISTA M. PREUSS      JF
Standing Chapter 13 Trustee, SDNY
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333